AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Allied P&C Insurance Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:21cv119 |
| Carl Dowler, *et al.*, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court GRANTS Plaintiff's Motion to Remand (Doc. 5).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

RICHARD W. NAGEL, CLERK

Date: 6/18/20

*Issuing officer's signature* ,Deputy Clerk

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*